George D. Cram, et al. } vs. } Eq. No. 11367.
Fred Zmijka, et al. }

June 9, 1932.

CHURCHILL, J. Heard on bill, answer and proof.

Complainant George D. Cram, who is described as the Chief Probation Officer of the Third District, Bristol County, Commonwealth of Massachusetts, seeks to enforce an order of the Third District Court, County of Bristol, Commonwealth of Massachusetts, in a criminal case brought against one Fred Zmijka.

The case is ruled by the case of *Kordoski* v. *Belanger*, 52 R. I. (recently decided). On the authority of that case, the bill is dismissed.

For complainant: Michael F. Costello.

For respondent: Walter J. Hennessey.